Earnest J. CLARK, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 47339.

Missouri Court of Appeals,
Western District.

Sept. 21, 1993.

Lew A. Kollias, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., and BERREY and SMART, JJ.

ORDER

PER CURIAM.

Appeal from the denial of a Rule 24.035 motion for post-conviction relief. Affirmed. Rule 84.16(b).